UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **JOSHUA SNIDER,**<br><br>Plaintiff,<br><br>vs.<br><br>**WALT DAVIS,**<br><br>Defendant. | Case No. 2:26-CV-11880-TGB<br><br>Honorable Terrence G. Berg<br><br>**OPINION AND ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO CORRECT FILING DEFICIENCY (ECF NO 7)** |

On June 8, 2026, Joshua Snider filed a *pro se* civil complaint but failed to pay the filing fee for a civil action or, alternatively, to apply in the manner required by law to proceed without prepayment of the filing fee. *See* ECF No. 1. On June 10, 2026, the Court issued an order requiring Plaintiff to submit the filing fee or to file the necessary papers to proceed *in forma pauperis* as required by 28 U.S.C. § 1915(a)(2). ECF No. 5. The Court cautioned that failure to correct the filing deficiency within 30 days would risk dismissal of the case without prejudice. Plaintiff has filed a letter requesting an extension of 30 days to correct the deficiency. ECF No. 7.

Plaintiff seeks additional time to correct the deficiency because he

was transferred to a different prison before he could obtain the required prisoner trust account statement. Plaintiff's request for an enlargement of time is reasonable and will be granted. *See* Fed. R. Civ. P. 6(b)(1)(B).

Accordingly, Plaintiff's letter motion for an enlargement of time to correct the filing deficiency is **GRANTED**. Within thirty days from the date of this order, Plaintiff must submit the filing fee for this action or, alternatively, file the required documents to proceed *in forma pauperis*. Should Plaintiff fail to correct the deficiency within the allotted time, the case will be dismissed without prejudice for failure to prosecute.

**SO ORDERED.**

DATED: July 29, 2026

BY THE COURT:

s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge